IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR TEON LINDSEY, II,** | : | CIVIL NO. 1:CV-13-3101 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **J.E. THOMAS,** | : | |
| Respondent | : | |

# O R D E R

**AND NOW**, this 8th day of August, 2014, for the reasons set forth in the memorandum accompanying this order, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus is **denied**.

2. The Clerk of Court is directed to **close this case**.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania